HAZAK, INC., Respondent, v. ROBERTSON GOETZ BUILDING Co., INC., and Others, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ANNA ISAACOWITZ, Respondent, v. F. & L. SPORTWEAR, INC., Appellant.— Motion for leave to appeal to the Appellate Division and for other relief denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of MARIA DEBARTOLO, Petitioner, for an Order Reinstating Building Permit No. 524, Town of Mamaroneck, against JOSEPH H. COWHAM, as Building Inspector of the Town of Mamaroneck, and Others, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Account of Proceedings of WILLIAM E. HALL, as Committee of the Person and Property of HOWARD H. HALL, Incompetent. FRANK T. HINES, Administrator of Veterans' Affairs, and Another, Appellants; ALICE HALL, as Administratrix, etc., of WILLIAM E. HALL, Deceased, and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of MORRIS KOPPELMAN and HERMAN HOFFER, Petitioners, Respondents, for an Injunction Order Pursuant to Sections 123 and 124 of the Alcoholic Beverage Control Law (Chapter 478 of the Laws of 1934), against SUNSET WINE Co., INC., Appellant, and HENRY S. BRUCKMAN and Others, Constituting the Liquor Authority of the State of New York, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of WILLIAM P. McDONALD, Appellant, for an Order Vacating a Certain Search Warrant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. There is doubt that the order is appealable. A decision thereon is not required because the search warrant has become void under section 802 of the Code of Criminal Procedure. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.